IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONALD M. TRIPP and LAURA E.
TRIPP, individually and on behalf of all
others similarly situated                                      PLAINTIFFS

v.                       No. 4:25-cv-979-DPM

CERNER CORPORATION, d/b/a Oracle
Health, Inc. and ARKANSAS HEART
HOSPITAL, LLC                                                  DEFENDANTS

## ORDER

The Court grants Arkansas Heart Hospital's motion as modified, for good cause. The modification: The deadline to respond to the complaint is extended for all defendants. Answers or Rule 12(b) motions due by 13 November 2025. *Doc. 6*.

The unopposed motion to transfer, *Doc. 5*, is also granted. All material things considered, the Court finds that the interests of justice would be best served by transferring the case to the United States District Court for the Western District of Missouri. 28 U.S.C. § 1404(a). The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2025